EEOC FORM 131 (5/01)

# U. S. Equal Employment Opportunity Commission

| | |
|---|---|
| Human Resources Manager<br>SCRIBNER, HALL & THOMPSON<br>1875, Eye Street, N.W.<br>Suite 1050<br>Washington, DC 20006 | **PERSON FILING CHARGE**<br><br>Lisa Alfred<br><br>**THIS PERSON** (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>100-2005-01428 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **08-AUG-05** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **18-JUL-05** to **John Woods, ADR Coordinator, at (202) 419-0727**
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Stanika K. Smith,
Investigator Support Asst
*EEOC Representative*
Telephone: **(202) 419-0743**

Washington Field Office
1801 L Street, N.W.
Suite 100
Washington, DC 20507

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Jul 08, 2005 | Dana Hutter,<br>Acting Director | *Dana R. Hutter* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2005-01428 |
|---|---|---|

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Lisa Alfred | Home Phone No. (Incl Area Code)<br>(202) 547-1304 | Date of Birth<br>02-03-1964 |
|---|---|---|
| Street Address<br>1608 H Street, S.E. | City, State and ZIP Code<br>Washington, DC 20003 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>SCRIBNER, HALL & THOMPSON, LLP | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(202) 331-6565 |
|---|---|---|
| Street Address<br>1875 Eye Street, N.W., Suite 1050 | City, State and ZIP Code<br>Washington, DC 20006 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 02-18-2005   Latest: 03-2005<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked for Scribner, Hall & Thompson, LLP, for three years as a secretary and as a back-up for the office manager. On February 18, 2005, I was told that I was terminated, but that my work was "excellent." On this day, the Managing Partner and officer manager both told me that they would provide letters of recommendation. Sometime in March 2005, and in response to my correspondence, my former employer changed its position and told me that my work had been a problem for nine months. This was never communicated to me verbally or in any performance review. In the three years I worked for my former employer, I have been the only person fired. My former employer also said that it would no longer provide to me the letters of recommendation which it originally offered.

During my three years of employment, I have also noticed that African-American employees were treated differently from Caucasian employees. Caucasian employees are allowed leniency with performance issues as well as time and attendance issues. One Caucasian employee was allowed to drink beer and curse during office hours, she was not fired. Caucasian employees were also not harassed by the office manager as were the African-American employees.

I believe that I was terminated because of my race (Black) in violation of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 30, 2005         *[signature: Lisa Alfred]*<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |