## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ALFRED, )<br>)<br>Plaintiff, *pro se* )<br>)<br>v. )<br>)<br>SCRIBNER HALL & THOMPSON, LLP )<br>)<br>Defendant. ) | Civil Action No. 14:06CV01118 |

### ORDER ON MOTION TO DISMISS COMPLAINT OF DISCRIMINATION

This matter having come upon the Defendant's Motion to Dismiss the Complaint of Discrimination of the Plaintiff, and for the reasons set forth in the Defendant's motion and for any opposition thereto, it is hereby ORDERED that the Complainant's Complaint is hereby dismissed with prejudice.

ENTERED: _____/_____/_____

By: Judge_____

WE ASK FOR THIS:                              SEEN AND _____:

WADE & BYRNES, P.C.                           LISA ALFRED

/s/ Kevin Byrnes
Kevin Byrnes, Esq., DC Bar # 480195           Lisa Alfred
616 North Washington Street                   1608 H Street, S.E.
Alexandria, Virginia 22314                    Washington, DC  20003
Phone: 703/836-9030                           Plaintiff, *pro se*
Fax: 703/683-1543
Counsel for Defendant Scribner Hall &
Thompson, LLP