## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ALFRED,           ) | |
| )                     | |
| Plaintiff, *pro se*    ) | |
| )                     | |
| v.                    ) | Civil Action No. 14:06CV01118 |
| )                     | |
| SCRIBNER HALL & THOMPSON, LLP   ) | |
| )                     | |
| Defendant.            ) | |

### NOTICE OF MOTION TO DISMISS COMPLAINT OF DISCRIMINATION

PLEASE TAKE NOTICE that SCRIBNER HALL & THOMPSON, LLP has filed a Motion to Dismiss Complaint of Discrimination. A copy of the motion is attached hereto for your reference. Pursuant to LCvR7(f), Defendant respectfully requests an oral hearing on this matter.

|  |  |
|---|---|
|  | Respectfully submitted |
|  | SCRIBNER HALL & THOMPSON, LLP |
|  | By counsel. |
| WADE & BYRNES, P.C. |  |

/s/ Kevin Byrnes
Kevin Byrnes, Esq., DC Bar # 480195
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Defendant Scribner Hall & Thompson, LLP

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2006, a true copy of the foregoing was mailed postage prepaid to Lisa Alfred, 1608 H Street, S.E., Washington, DC 20003.

/s/ Kevin Byrnes
Counsel