UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LISA ALFRED,

    Plaintiff,

v.

SCRIBNER HALL & THOMPSON LLP,

    Defendant.

Civil Case No. 06-1118 (RJL)

ORDER
(October 28, 2006)

Pending before the Court is defendant's Motion to Dismiss, which was filed on July 19, 2006. Because a ruling on defendants' Motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's Motion within 30 days of this Order. If plaintiff fails to respond, the Court may treat the Motion as conceded and dismiss the Complaint against defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge