## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ALFRED )<br>    Plaintiff, *Pro Se* )<br> )<br>v. )<br> )<br>SCRIBNER HALL & THOMPSON, LLP )<br>    Defendant ) | Civil Action No: 14:06CV01118 |

### MOTION FOR ENTRY OF ORDER OF DISMISSAL

COMES NOW, Defendant, Scribner Hall & Thompson, LLP, by and through counsel, Kevin Byrnes, and pursuant to Rule 12(b)(6) of the Fed. R. Civ. Pro., hereby seeks an order dismissing the Plaintiff's *pro se* Complaint of Discrimination (hereinafter "Complaint") with prejudice.

On October 28, 2006, this Court directed Plaintiff to file a response to Defendant's Motion to Dismiss within 30 days of its order.

As of this date, Plaintiff has filed neither a responsive pleading or request for extension.

Wherefore, Defendant seeks to have this honorable court enter an order dismissing Plaintiff with prejudice.

Respectfully Submitted<br>
SCRIBNER HALL & THOMPSON, LLP<br>
By Counsel

_____/s/ Kevin Byrnes_____
Kevin Byrnes, DC Bar # 480195
Wade & Byrnes, P.C.
616 N. Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of November, 2006, a true copy of the foregoing Motion for Entry of Order of Dismissal was mailed, via certified mail to the Complainant, *pro se:*

    Lisa Alfred
    1608 H Street, S.E.
    Washington, D.C. 20003

                                                          /s/ Kevin Byrnes
                                                          Kevin Byrnes