UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ALFRED ) | |
|     Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No: 14:06CV01118 |
| ) | |
| SCRIBNER HALL & THOMPSON, LLP ) | |
|     Defendant ) | |

### ORDER OF DISMISSAL

This matter, having come before this court on Defendant, Scribner Hall & Thompson, LLP's Motion to Dismiss Plaintiff's Complaint of Discrimination and based on the arguments and citations of Defendant and the failure of Plaintiff to respond as directed by this Court to Defendant's motion, IT IS HEREBY

**ORDERED** that Plaintiff's complaint is dismissed with prejudice.

Entered this _____ day of December, 2006.

_____
HONORABLE RICHARD LEON
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLUMBIA