**WILLIAMS & CUNNINGHAM**    Def. Ex. A

ATTORNEYS AT LAW
1717 K ST. NW
SUITE 600
WASHINGTON, DC 20036
202-349-3952 (OFFICE)
202-331-3759 (FAX)
mslaw1121@aol.com

February 9, 2005

Kevin Byrnes, Esq.
Wade & Byrnes PC
616 North Washington St.
Alexandria, VA 22314

    RE: Lisa Alfred's Termination from Scribner Hall & Thompson LLP

Dear Kevin,

Pursuant to our telephone conversation in December, I have been directed to move forward in filing a lawsuit against Scribner Hall & Thompson LLP (hereafter referred to as the firm) on behalf of Lisa Alfred. The complaint will be filed as soon as the EEOC issues our Notice of the Right to Sue, which we expect within the next few weeks.

As you know, the firm terminated Ms. Alfred, a 3-year employee with excellent reviews, on Feb. 18, 2005, without adequate notice or severance. While it is possible that the firm may have employed Ms. Alfred as an "at-will" employee, we contend that the doctrine is not a license for employers to fire a good employee because of their race or sex or age.

As pointed out earlier, no one at the firm discussed the alleged contentious behavior that you raised last April. If the behavior described by you were the grounds for Ms. Alfred's termination, it is our response that other employees of a different race and/or sex and age group who acted in similar or worse were treated more leniently and none was fired. In addition, the statements made about Ms. Alfred's performance were inaccurate and defamatory, and she plans to defend her reputation.

But most importantly, Ms. Alfred has evidence that the firm treated her differently from other employees and it is evident in its handling of her termination. As such, Ms. Alfred believes that she was wrongfully terminated and stands firm on her request for fair and just compensation.

Per our discussion regarding discrimination lawsuits, I have explained to Ms. Alfred that a lawsuit could be costly and time-consuming but she is a smart woman who is committed to following through because she firmly believes that she is on solid legal grounds and has the necessary evidence to prevail.

Meanwhile, she has given me leave to attempt a settlement for the same minimum compensation that she so rightfully deserved after three years with the firm. :

- Six (6) months of salary
- Health insurance premiums for six (6) months
- A letter of recommendation

Please feel free to call me to discuss this matter further.

Sincerely,

Mary C. Williams
DC Bar No. 489632
Williams & Cunningham
1717 K St. NW
Suite 600
Washington, DC  20036

(BY MAIL, E-MAIL (Kbyrnes@wblawpc.com) , FACSIMILE (703) 683-1543)