UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ALFRED )<br>    Plaintiff, *Pro Se* )<br> )<br>v. )<br> )<br>SCRIBNER HALL & THOMPSON, LLP )<br>    Defendant ) | Civil Action No: 14:06CV01118 |

### AMENDED REPLY OF SCRIBNER HALL & THOMPSON LLP TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

COMES NOW, counsel for the Defendant, Scribner Hall & Thompson, LLP, and hereby submits the attached amended reply because in the counsel's haste to address Ms. Alfred's late filed submission within the time period set forth under the local rules, counsel inadvertently submitted the draft as opposed to the final version.

The changes on the submission are technical and do not effect the substance of the Defendant's arguments.

                                                          Respectfully Submitted
                                                          SCRIBNER HALL & THOMPSON, LLP
                                                          By Counsel

    /s/ Kevin Byrnes
Kevin Byrnes, DC Bar # 480195
Wade & Byrnes, P.C.
616 N. Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, a true copy of the foregoing Amended Reply of Scribner Hall & Thompson LLP to Plaintiff's Opposition to Motion to Dismiss was mailed, via certified mail to the Complainant, *pro se:*

>Lisa Alfred
>1608 H Street, S.E.
>Washington, D.C. 20003

>/s/ Kevin Byrnes
>Kevin Byrnes