UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LISA ALFRED, *Pro Se*   )
              )
    Plaintiff,   )
              )   Civ. Action No. 06cv1118 (RJL)
    v.        )
              )
SCRIBNER HALL &   )
THOMPSON, LLP   )
              )
    Defendant.   )

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 31st day of January 2007, hereby

**ORDERED** that [#3] Defendant's Motion to Dismiss is GRANTED; and the case is DISMISSED with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge