UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LISA ALFRED,<br>    Plaintiff, *pro se*<br><br>v.<br><br>SCRIBNER HALL & THOMPSON, LLP<br>    Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 1:06cv01118 (RJL)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given this 2nd day of March 2007, that hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 31st day of January 2007 in favor of the Defendant against the Plaintiff.

Respectfully submitted,

*[signature]*
Lisa Alfred
*pro se* Plaintiff
1608 H Street, SE
Washington, DC 20003-3110
(202) 547-1304

**RECEIVED**

MAR - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2007, a true copy of the foregoing was mailed via first class mail, to Kevin Byrnes, 616 North Washington Street, Alexandria, Virginia 22314.

*(signature)*
Lisa Alfred
*Pro Se* Plaintiff
1608 H Street, SE
Washington, DC 20003-3110
(202) 547-1304