**GOVERNMENT OF THE DISTRICT OF COLUMBIA**  **DEPARTMENT OF EMPLOYMENT SERVIC**

| SOCIAL SECURITY NUMBER | CLAIMANT'S NAME | WBA | PROGRAM | WEEK 1 ENDING |
|---|---|---|---|---|
| 439 35 8363 0 | ALFRED/LISA A | 359.00 | 1 | 12/30/2006 |
| LOCAL OFFICE NUMBER | BENEFIT YEAR ENDING | BALANCE | | WEEK 2 ENDING |
| 82 | 04/28/2007 | 3899.00 | | 01/06/2007 |



DO NOT WRITE IN THIS BOX (FOR DOES USE ONLY)

UNANSWERED QUESTIONS, OMITTED SIGNATURE, OR DAMAGED CARD WILL DELAY YOUR BENEFIT PAYMENTS. ANSWE
THE FOLLOWING BY PLACING AN "**X**" IN A BLOCK INDICATING EITHER **YES** OR **NO** FOR THE CORRESPONDING WEEK.

| WEEK 1 | | WEEK 2 | | | WEEK 1 EARNINGS | WEEK 2 EARNIN |
|---|---|---|---|---|---|---|
| YES | NO | YES | NO | | | |

WERE YOU ABLE, AVAILABLE AND ACTIVELY SEEKING WORK DURING THE WEEKS CLAIMED?

DID YOU PERFORM WORK DURING WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT BEFORE ANY DEDUCTIONS IN CORRECT BLOCK AND <u>COMPLETE THE SECTION BELOW</u>.

DID YOU RECEIVE SEVERANCE PAY DURING THE WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT IN THE CORRECT BLOCK.

HAS THERE BEEN A CHANGE IN YOUR PENSION, TRAINING OR SCHOOL STATUS?

DID YOU REFUSE WORK, QUIT A JOB, OR WERE YOU DISCHARGED FROM A JOB DURING WEEK 1, OR WEEK 2 ?

DID YOU RETURN TO FULL TIME WORK? IF YES, <u>COMPLETE THE SECTION BELOW</u>.

I HEREBY CERTIFY THAT THESE STATEMENTS ARE TRUE AND CORRECT. I UNDERSTAND THAT THE LAW PROVIDES PENALTIES FOR FALSE STATEMENTS TO OBTAIN OR INCREASE BENEFITS.

DATE: _____

N MUST BE COMPLETED AND RETURNED IF YOU ANSWERED 'YES' TO QUESTION ❷ OR ❻.

RNED TO FULL TIME WORK: _____

439 35 8363 0

| VORKED | EMPLOYER NAME AND ADDRESS | TELEPHONE NO. |
|---|---|---|
| | | |
| | | |

MAIL TO: DEPARTMENT OF EMPLOYMENT SERVICES, P.O. BOX 37006, WASHINGTON, D.C. 20013
IF CHANGE OF ADDRESS, <u>**DO NOT MAIL**</u>. BRING THIS FORM TO YOUR LOCAL OFFICE.

BENEFITS IN THE AMOUNT OF  $718.00 HAVE BEEN TRANSFERRED TO
YOUR BANK ACCOUNT.  THE FUNDS SHOULD BE AVAILABLE BY
12/28/2006

WEEK END: 12/23/2006.

**JOB SERVICE** "Helping People Help Themselves"

ck403a.frm rev

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**  **DEPARTMENT OF EMPLOYMENT SERVIC**

| SOCIAL SECURITY NUMBER | CLAIMANT'S NAME | WBA | PROGRAM | WEEK 1 ENDING |
|---|---|---|---|---|
| 439 35 8363 0 | ALFRED/LISA A | 359.00 | 1 | 01/13/2007 |
| LOCAL OFFICE NUMBER | BENEFIT YEAR ENDING | BALANCE | | WEEK 2 ENDING |
| 82 | 04/28/2007 | 3181.00 | | 01/20/2007 |



DO NOT WRITE IN THIS BOX (FOR DOES USE ONLY)

UNANSWERED QUESTIONS, OMITTED SIGNATURE, OR DAMAGED CARD WILL DELAY YOUR BENEFIT PAYMENTS. ANSWE THE FOLLOWING BY PLACING AN "X" IN A BLOCK INDICATING EITHER **YES** OR **NO** FOR THE CORRESPONDING WEEK.

| | WEEK 1 YES/NO | WEEK 2 YES/NO | | WEEK 1 EARNINGS | WEEK 2 EARNIN |
|---|---|---|---|---|---|
| 1 | | | WERE YOU ABLE, AVAILABLE AND ACTIVELY SEEKING WORK DURING THE WEEKS CLAIMED? | | |
| 2 | | | DID YOU PERFORM WORK DURING WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT BEFORE ANY DEDUCTIONS IN CORRECT BLOCK AND COMPLETE THE SECTION BELOW. | • | • |
| 3 | | | DID YOU RECEIVE SEVERANCE PAY DURING THE WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT IN THE CORRECT BLOCK. | • | • |
| 4 | | | HAS THERE BEEN A CHANGE IN YOUR PENSION, TRAINING OR SCHOOL STATUS? | | |
| 5 | | | DID YOU REFUSE WORK, QUIT A JOB, OR WERE YOU DISCHARGED FROM A JOB DURING WEEK 1, OR WEEK 2? | | |
| 6 | | | DID YOU RETURN TO FULL TIME WORK? IF YES, COMPLETE THE SECTION BELOW. | | |

**CERTIFICATION:** I HEREBY CERTIFY THAT THESE STATEMENTS ARE TRUE AND CORRECT. I UNDERSTAND THAT THE LAW PROVIDES PENALTIES FOR FALSE STATEMENTS TO OBTAIN OR INCREASE BENEFITS.

SIGNATURE: _____   DATE: _____

☛ THIS SECTION MUST BE COMPLETED AND RETURNED IF YOU ANSWERED 'YES' TO QUESTION ❷ OR ❻.

| DATE RETURNED TO FULL TIME WORK: _____ | | 439 35 8363 0 | |
|---|---|---|---|
| DATE(S) WORKED | EMPLOYER NAME AND ADDRESS | | TELEPHONE NO. |
| | | | |
| | | | |

**MAIL TO:** DEPARTMENT OF EMPLOYMENT SERVICES, P.O. BOX 37006, WASHINGTON, D.C. 20013
IF CHANGE OF ADDRESS, **DO NOT MAIL**. BRING THIS FORM TO YOUR LOCAL OFFICE.

BENEFITS IN THE AMOUNT OF   $718.00 HAVE BEEN TRANSFERRED TO
YOUR BANK ACCOUNT.  THE FUNDS SHOULD BE AVAILABLE BY
01/10/2007

WEEK END: 01/06/2007.

JOB SERVICE "Helping People Help Themselves"

ck403a.frm rev

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**    **DEPARTMENT OF EMPLOYMENT SERVICE**

| SOCIAL SECURITY NUMBER | CLAIMANT'S NAME | WBA | PROGRAM | WEEK 1 ENDING |
|---|---|---|---|---|
| 439 35 8363 0 | ALFRED/LISA A | 359.00 | 1 | 01/27/2007 |
| LOCAL OFFICE NUMBER | BENEFIT YEAR ENDING | \multicolumn{2}{c}{BALANCE} | WEEK 2 ENDING |
| 82 | 04/28/2007 | \multicolumn{2}{c}{2463.00} | 02/03/2007 |



DO NOT WRITE IN THIS BOX (FOR DOES USE ONLY)

UNANSWERED QUESTIONS, OMITTED SIGNATURE, OR DAMAGED CARD WILL DELAY YOUR BENEFIT PAYMENTS. ANSWER THE FOLLOWING BY PLACING AN "X" IN A BLOCK INDICATING EITHER **YES** OR **NO** FOR THE CORRESPONDING WEEK.

| | WEEK 1 YES/NO | WEEK 2 YES/NO | Question | WEEK 1 EARNINGS | WEEK 2 EARNINGS |
|---|---|---|---|---|---|
| 1 | | | WERE YOU ABLE, AVAILABLE AND ACTIVELY SEEKING WORK DURING THE WEEKS CLAIMED? | | |
| 2 | | | DID YOU PERFORM WORK DURING WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT BEFORE ANY DEDUCTIONS IN CORRECT BLOCK AND COMPLETE THE SECTION BELOW. | | |
| 3 | | | DID YOU RECEIVE SEVERANCE PAY DURING THE WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT IN THE CORRECT BLOCK. | | |
| 4 | | | HAS THERE BEEN A CHANGE IN YOUR PENSION, TRAINING OR SCHOOL STATUS? | | |
| 5 | | | DID YOU REFUSE WORK, QUIT A JOB, OR WERE YOU DISCHARGED FROM A JOB DURING WEEK 1, OR WEEK 2? | | |
| 6 | | | DID YOU RETURN TO FULL TIME WORK? IF YES, COMPLETE THE SECTION BELOW. | | |

**CERTIFICATION:** I HEREBY CERTIFY THAT THESE STATEMENTS ARE TRUE AND CORRECT. I UNDERSTAND THAT THE LAW PROVIDES PENALTIES FOR FALSE STATEMENTS TO OBTAIN OR INCREASE BENEFITS.

SIGNATURE: _____   DATE: _____

☛ THIS SECTION MUST BE COMPLETED AND RETURNED IF YOU ANSWERED 'YES' TO QUESTION ❷ OR ❻.

DATE RETURNED TO FULL TIME WORK: _____

439 35 8363 0

| DATE(S) WORKED | EMPLOYER NAME AND ADDRESS | TELEPHONE NO. |
|---|---|---|
| | | |
| | | |

MAIL TO: DEPARTMENT OF EMPLOYMENT SERVICES, P.O. BOX 37006, WASHINGTON, D.C. 20013
IF CHANGE OF ADDRESS, **DO NOT MAIL.** BRING THIS FORM TO YOUR LOCAL OFFICE.


BENEFITS IN THE AMOUNT OF $718.00 HAVE BEEN TRANSFERRED TO YOUR BANK ACCOUNT. THE FUNDS SHOULD BE AVAILABLE BY 01/24/2007

WEEK END: 01/20/2007.

JOB SERVICE "Helping People Help Themselves"

ck403a.frm rev 1:

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**     **DEPARTMENT OF EMPLOYMENT SERVICE**

| SOCIAL SECURITY NUMBER | CLAIMANT'S NAME | WBA | PROGRAM | WEEK 1 ENDING |
|---|---|---|---|---|
| 439 35 8363 0 | ALFRED/LISA A | 359.00 | 1 | 02/10/2007 |
| LOCAL OFFICE NUMBER | BENEFIT YEAR ENDING | BALANCE | | WEEK 2 ENDING |
| 82 | 04/28/2007 | 1745.00 | | 02/17/2007 |



DO NOT WRITE IN THIS BOX (FOR DOES USE ONLY)

UNANSWERED QUESTIONS, OMITTED SIGNATURE, OR DAMAGED CARD WILL DELAY YOUR BENEFIT PAYMENTS. ANSWER THE FOLLOWING BY PLACING AN "X" IN A BLOCK INDICATING EITHER **YES** OR **NO** FOR THE CORRESPONDING WEEK.

| # | WEEK 1 YES/NO | WEEK 2 YES/NO | Question | WEEK 1 EARNINGS | WEEK 2 EARNINGS |
|---|---|---|---|---|---|
| 1 | | | WERE YOU ABLE, AVAILABLE AND ACTIVELY SEEKING WORK DURING THE WEEKS CLAIMED? | | |
| 2 | | | DID YOU PERFORM WORK DURING WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT BEFORE ANY DEDUCTIONS IN CORRECT BLOCK AND COMPLETE THE SECTION BELOW. | | |
| 3 | | | DID YOU RECEIVE SEVERANCE PAY DURING THE WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT IN THE CORRECT BLOCK. | | |
| 4 | | | HAS THERE BEEN A CHANGE IN YOUR PENSION, TRAINING OR SCHOOL STATUS? | | |
| 5 | | | DID YOU REFUSE WORK, QUIT A JOB, OR WERE YOU DISCHARGED FROM A JOB DURING WEEK 1, OR WEEK 2 ? | | |
| 6 | | | DID YOU RETURN TO FULL TIME WORK? IF YES, COMPLETE THE SECTION BELOW. | | |

**CERTIFICATION**: I HEREBY CERTIFY THAT THESE STATEMENTS ARE TRUE AND CORRECT. I UNDERSTAND THAT THE LAW PROVIDES PENALTIES FOR FALSE STATEMENTS TO OBTAIN OR INCREASE BENEFITS.

SIGNATURE: _____     DATE: _____

☞ THIS SECTION MUST BE COMPLETED AND RETURNED IF YOU ANSWERED 'YES' TO QUESTION ❷ OR ❻.

| DATE RETURNED TO FULL TIME WORK: _____ | | 439 35 8363 0 |
|---|---|---|
| DATE(S) WORKED | EMPLOYER NAME AND ADDRESS | TELEPHONE NO. |
| | | |
| | | |

MAIL TO: DEPARTMENT OF EMPLOYMENT SERVICES, P.O. BOX 37006, WASHINGTON, D.C. 20013
IF CHANGE OF ADDRESS, **DO NOT MAIL**. BRING THIS FORM TO YOUR LOCAL OFFICE.


BENEFITS IN THE AMOUNT OF   $718.00 HAVE BEEN TRANSFERRED TO
YOUR BANK ACCOUNT.  THE FUNDS SHOULD BE AVAILABLE BY
02/07/2007


WEEK END: 02/03/2007.

## GOVERNMENT OF THE DISTRICT OF COLUMBIA — DEPARTMENT OF EMPLOYMENT SERVIC

| SOCIAL SECURITY NUMBER | CLAIMANT'S NAME | WBA | PROGRAM | WEEK 1 ENDING |
|---|---|---|---|---|
| 439 35 8363 0 | ALFRED/LISA A | 359.00 | 1 | 02/24/2007 |
| LOCAL OFFICE NUMBER | BENEFIT YEAR ENDING | BALANCE | | WEEK 2 ENDING |
| 82 | 04/28/2007 | 1027.00 | | 03/03/2007 |



DO NOT WRITE IN THIS BOX (FOR DOES USE ONLY)

UNANSWERED QUESTIONS, OMITTED SIGNATURE, OR DAMAGED CARD WILL DELAY YOUR BENEFIT PAYMENTS. ANSWER THE FOLLOWING BY PLACING AN "X" IN A BLOCK INDICATING EITHER **YES** OR **NO** FOR THE CORRESPONDING WEEK.

| # | WEEK 1 YES | WEEK 1 NO | WEEK 2 YES | WEEK 2 NO | Question | WEEK 1 EARNINGS | WEEK 2 EARNIN |
|---|---|---|---|---|---|---|---|
| 1 | | | | | WERE YOU ABLE, AVAILABLE AND ACTIVELY SEEKING WORK DURING THE WEEKS CLAIMED? | | |
| 2 | | | | | DID YOU PERFORM WORK DURING WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT BEFORE ANY DEDUCTIONS IN CORRECT BLOCK AND COMPLETE THE SECTION BELOW. | • | • |
| 3 | | | | | DID YOU RECEIVE SEVERANCE PAY DURING THE WEEKS CLAIMED? IF YES, INDICATE GROSS AMOUNT IN THE CORRECT BLOCK. | • | • |
| 4 | | | | | HAS THERE BEEN A CHANGE IN YOUR PENSION, TRAINING OR SCHOOL STATUS? | | |
| 5 | | | | | DID YOU REFUSE WORK, QUIT A JOB, OR WERE YOU DISCHARGED FROM A JOB DURING WEEK 1, OR WEEK 2 ? | | |
| 6 | | | | | DID YOU RETURN TO FULL TIME WORK? IF YES, COMPLETE THE SECTION BELOW. | | |

**CERTIFICATION:** I HEREBY CERTIFY THAT THESE STATEMENTS ARE TRUE AND CORRECT. I UNDERSTAND THAT THE LAW PROVIDES PENALTIES FOR FALSE STATEMENTS TO OBTAIN OR INCREASE BENEFITS.

SIGNATURE: _____   DATE: _____

☛ THIS SECTION MUST BE COMPLETED AND RETURNED IF YOU ANSWERED 'YES' TO QUESTION ❷ OR ❻.

| DATE RETURNED TO FULL TIME WORK: _____ | 439 35 8363 0 |
|---|---|
| DATE(S) WORKED | EMPLOYER NAME AND ADDRESS | TELEPHONE NO. |
| | | |
| | | |

MAIL TO: DEPARTMENT OF EMPLOYMENT SERVICES, P.O. BOX 37006, WASHINGTON, D.C. 20013
IF CHANGE OF ADDRESS, **DO NOT MAIL**. BRING THIS FORM TO YOUR LOCAL OFFICE.

BENEFITS IN THE AMOUNT OF  $718.00 HAVE BEEN TRANSFERRED TO YOUR BANK ACCOUNT.  THE FUNDS SHOULD BE AVAILABLE BY 02/22/2007

WEEK END: 02/17/2007.

JOB SERVICE "Helping People Help Themselves"

ck403a.frm rev