# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7036**  **September Term, 2006**

06cv01118

Filed On:

Lisa Alfred,
    Appellant

v.

Scribner Hall & Thompson LLP,
    Appellee

**ORDER**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

MAR 19 2007

CLERK

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
MaryAnne McMain
Deputy Clerk