# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-7036

September Term 2007

06cv01118

**Filed On: April 28, 2008** [1113366]

Lisa Alfred,

    Appellant

    v.

Scribner Hall & Thompson LLP,

    Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the district court's resolution of the pending motion to alter judgment, filed on February 15, 2008. See Fed. R. App. P. 4(a)(4)(A).

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Mark A. Butler
Deputy Clerk