# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7036**　　　　　　　　　　　　　　　　　**September Term 2007**

06cv01118

**Filed On:** August 28, 2008

Lisa Alfred,

    Appellant

v.

Scribner Hall & Thompson LLP,

    Appellee

**BEFORE:**　　Henderson, Randolph, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion to strike the appeal or for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion to strike the appeal be denied. Despite appellee's claim to the contrary, appellant filed her initial submissions on March 21, 2008, the day they were due. Moreover, appellee does not identify in what way the submissions were procedurally deficient, and the absence of a certificate of service does not warrant dismissal of the appeal. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. Appellant argues that the district court erred in ignoring her race discrimination claim, treating Count I of the complaint as a mixed-motive (race/sex) claim, and dismissing it for failure to exhaust. She also argues that the district court erred in failing to give her an opportunity to amend her complaint to maintain her race discrimination claim. She did not, however, raise these arguments in response to the motion to dismiss filed in district court. Moreover, although she did raise them in her motion to alter the judgment, she did not appeal the denial of that motion (and new arguments generally may not be raised in such a motion in any event). Because appellant did not properly raise her arguments below, she may not pursue them on appeal. See, e.g., Whelan v. Abell, 48 F.3d 1247, 1251 (D.C. Cir. 1995); Kowal v. MCI Communications Corp., 16 F.3d 1271 (D.C. Cir. 1995). The district court's order is therefore affirmed. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7036**                                              **September Term 2007**

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**
